**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| YOSEF LE ROI MUSTAFANOS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA AARON FORD, THIRD JUDICIAL COURT CLERK OF THE STATE OF NEVADA JUDGE LEON ABERASTURI, LYON COUNTY SHERIFFS DEPARTMENT GREGORY KANTZ, LYON COUNTY DISTRICT ATTORNEY STEPHEN RYE, U.S. TRUSTEE CHRISTINA LOVATO, O'MARA LAW FIRM WILLIAM AND DAVID O'MARA, ED ANDERSON, INC., ED ANDERSON ENTERPRISES EDWRAD ANDERSON, LAHONTON PROPERTIES LEANNNDRA CARR, W.T. INC. WT SCRAP METALS WT AUTO ELECTRIC METAL RECYCLING CRAIG THOMAS AND JEFF CARROL, DEBORAH JUNE STRODE,<br><br>　　　　　Defendants. | 3:20-CV-00237-RCJ-VCF<br><br>**<u>ORDER</u>** |

　　　　Before the court are the sealed Motion for a Confidential Address Change (ECF No. 8) and Answer to Complaint (ECF No. 13).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that a telephonic hearing on the Motion for a Confidential Address Change (ECF No. 8) and Answer to Complaint (ECF No. 13), is scheduled for 11:00 AM, June 11, 2020.

　　　　The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

The Motion for a Confidential Address Change (ECF No. 8) will remain under seal until further order of the court.

IT IS FURTHER ORDERED that all parties, that have made an appearance in this case, must attend the telephonic hearing on June 11, 2020, at 11:00 AM PST.

The Clerk of Court is directed to mail a copy of this order to Deborah June Strode at the address listed in ECF No. 8 and at the address listed in ECF No. 9-1, to WT, LLC at the address listed in ECF No. 13, and to Ed Anderson at the address listed in ECF No.7.

DATED this 14th day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE