# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| YOSEF LE ROI MUSTAFANOS,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA AARON FORD, THIRD JUDICIAL COURT CLERK OF THE STATE OF NEVADA JUDGE LEON ABERASTURI, LYON COUNTY SHERIFFS DEPARTMENT GREGORY KANTZ, LYON COUNTY DISTRICT ATTORNEY STEPHEN RYE, U.S. TRUSTEE CHRISTINA LOVATO, O'MARA LAW FIRM WILLIAM AND DAVID O'MARA, ED ANDERSON, INC., ED ANDERSON ENTERPRISES EDWRAD ANDERSON, LAHONTON PROPERTIES LEANNNDRA CARR, W.T. INC. WT SCRAP METALS WT AUTO ELECTRIC METAL RECYCLING CRAIG THOMAS AND JEFF CARROL, DEBORAH JUNE STRODE,<br><br>   Defendants. | 3:20-cv-00237-RCJ-VCF<br><br>**MINUTE ORDER** |

   Before the court is *Yosef Le Roi Mustafanos v. State of Nevada Aaron Ford, et al.*, case number 3:20-cv-00237-RCJ-VCF.

   On June 11, 2020, the court entered an order to show cause and set the show cause hearing for

2:00 PM, July 6, 2020.  (ECF No. 28).  There is a clerical error on page 3 of ECF No. 28.  The sentence should read, "Should Plaintiff fail to file a response as ordered and/or fail to appear at the **July 6, 2020 hearing**, the undersigned Magistrate Judge may impose sanctions against Plaintiff, which may include a report and recommendation that this case be dismissed."

IT IS FURTHER ORDERED that discovery is STAYED *sua sponte* and that the Motion to Stay Discovery (ECF NO. 25) is DENIED as MOOT.

The Clerk of Court is directed to mail a copy of this order to Plaintiff Yosef Le Roi Mustafanos at PO Box 631, Silver Springs, NV 89429 and email a copy of this order to aoexpress@ymail.com.

DATED this 18th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE